UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 02-CV-4162-JPG ) |
| INDIAN REFINING I LIMITED PARTNERSHIP (f/k/a INDIAN REFINING LIMITED PARTNERSHIP) et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER OF DISMISSAL**

**GILBERT, District Judge**

The Court having been advised by counsel for the parties that the above action has been settled as to defendants, Crompton Corp. (n/k/a Chemtura Corp.) and Witco Corp.;

IT IS ORDERED that this action is hereby dismissed against defendants, Crompton Corp. (n/k/a Chemtura Corp.) and Witco Corp. without prejudice, without costs and with the right to reopen the action if settlement is not consummated within sixty (60) days. The dismissal will be with prejudice sixty (60) days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

IT IS FURTHER ORDERED that the final pre-trial date of 11/03/2005 and the bench trial date of 11/14/2005 are hereby stricken from the Court's calendar.

**IT IS SO ORDERED.**

Dated: November 1, 2005

                                                 s/ J. Phil Gilbert
                                                 U. S. District Judge