## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHEVRON ENVIRONMENTAL MANAGEMENT
COMPANY, CHEVRON ENVIRONMENTAL SERVICES
COMPANY, and TEXACO, INC.,

              Plaintiffs,                                                  Case No. 02-cv-4162-JPG

      v.

INDIAN REFINING I LIMITED PARTNERSHIP (f/k/a
Indian Refining Limited Partnership), INDIAN REFINING &
MARKETING I, INC. (f/k/a Indian Refining & Marketing,
Inc.), DANIK CORPORATION (f/k/a Indian Refining
Management Company f/k/a Indian Refinery Management
Company), CASTLE ENERGY CORPORATION, WILLIAM
S. SUDHAUS, WITCO CORPORATION, PIONEER
ASPHALT CORPORATION, and CROMPTON
CORPORATION,

              Defendants,

      and

DANIK CORPORATION (as successor in interest to Danik
Corporation),

              Defendant/Third-Party Plaintiff,

      v.

METALLGESELLSCHAFT CORPORATION,

              Third-Party Defendant.

## AMENDED JUDGMENT

This matter having come before the Court, the Court having decided certain claims and

the Court having granted the plaintiffs' motions to dismiss certain claims,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiffs Chevron

Environmental Management Company, Chevron Environmental Services Company and Texaco,

Inc. against defendant Crompton Corporation (n/k/a Chemtura Corporation) and defendant

Pioneer Asphalt Corporation are dismissed without prejudice and without costs; and

      IT IS FURTHER ORDERED AND ADJUDGED that all other claims in this case,

including third-party claims, are dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  April 13, 2006**                    <u>**s/Vicki Lynn McGuire**</u>
                                                  **Deputy Clerk**

**Approved:**  <u>s/ J. Phil Gilbert</u>
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**